# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

BETSY ROSS, *et al.*,                              :
                                                   :
    Plaintiffs,                  :
                                                   :
v.                                                 :     Case No. 1:11-CV-00181-WDQ
                                                   :
NICHOLAS RICCIUTI, *et al.*,                       :
                                                   :
    Defendants.                  :

## PLAINTIFFS' MOTION TO AMEND THE COMPLAINT

COMES NOW, Plaintiffs, Betsy Ross and Betsy Ross as next friend of Minor K.R., by their attorney Daniel L. Cox, The Cox Law Center, LLC, and respectfully request this Court allow amendment of the complaint. Plaintiffs submit the following grounds for this motion:

1. Plaintiffs desire to amend their complaint to clarify their claims and the attendant factual allegations.

2. Plaintiffs seek to clarify attendant factual allegations, see attached Affidavit, Betsy Ross (Exhibit A).

3. Plaintiffs seek to clarify their claim under the Fourth Amendment to plead as follows:

   a. Plaintiff Ross and Plaintiff K.R. shared a reasonable expectation of privacy against unreasonable searches into Plaintiff Ross's home; and

   b. Defendants acted without a warrant, valid consent, exigent circumstances, or any exceptions to the warrant requirement.

4. Plaintiffs seek to clarify their claim under the Fourteenth Amendment Procedural Due Process to plead as follows:

   a. Plaintiffs both had a procedural due process expectation that Defendants violated by not following mandatory requirements in removing the children.

5. Plaintiffs seek to clarify their claim under Fourteenth Amendment Substantive Due

    Process Parental Rights to plead as follows:

    a. Plaintiff Ross had a substantive due process interest in her relationship with Plaintiff K.R., as a child in pre-adoptive status and in her pre-adoptive custody through the consent of the state.

6. Plaintiffs seek to clarify their claim under their False Light count to plead as follows:

    a. Defendants acted with knowledge of the falsity of the information and/or reckless disregard for the truth of the information; and

    b. Defendants disclosed information that would be highly offensive to a reasonable person.

7. Plaintiffs seek to clarify their claim under the First Amendment in order to plead as follows:

    a. Defendants removed Plaintiff Ross's children and disclosed confidential information in retaliation for Plaintiff Ross's complaint of misappropriation of department funds.

8. Plaintiffs withdraw their Civil Conspiracy claim.

9. As additional grounds, Plaintiffs adopt by reference the reasoning and authorities in the Memorandum filed contemporaneously herewith.

10. Plaintiffs' Amended Complaint is attached hereto.

**WHEREFORE**, Plaintiffs request that this Honorable Court grant Plaintiffs' Motion to Amend, pursuant to Fed. R. Civ. P. 15(a).

    Respectfully Submitted,

    THE COX LAW CENTER

    BY _____/s/_____
        Daniel L. Cox
        The Cox Law Center
        104 N. Court Street
        Frederick, MD 21701
        301.631.9454

301.631.9358
dcox@coxlawcenter.com
*Attorney for the Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of December, 2011, a copy of the foregoing Motion to Amend was served, via first electronic mail, upon Bradley J. Neitzel, Assistant Attorney General, 311 West Saratoga Street, Suite 1015, Baltimore, Maryland 21201, bneitzel@oag.state.md.us.

_____/s/_____
Daniel L. Cox

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BETSY ROSS, *et al.*, | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | :   Case No. 1:11-CV-00181-WDQ |
| | : |
| NICHOLAS RICCIUTI, *et al.*, | : |
| | : |
| Defendants. | : |

## ORDER

**WHEREFORE**, in consideration of the foregoing Motion to Amend, and the attached Memorandum in support, and any responses thereto, it is this _____ day of _____, 20__, HEREBY

**ORDERED**, that Plaintiffs' request to amend their complaint is **GRANTED**.

_____

Judge for the United States District Court of the

District of Maryland, Baltimore Division