# Exhibit A

|                        |   |                      |
|------------------------|---|----------------------|
|                        | * |                      |
| BETSY ROSS             | * | BEFORE THE MARYLAND  |
|       Appellant        |   | OFFICE OF            |
|                        | • |                      |
|                        |   | ADMINISTRATIVE       |
| v.                     |   | HEARINGS             |
|                        | * |                      |
| CECIL COUNTY DEPARTMENT |  |                      |
| OF SOCIAL SERVICES     | * | Case # DHR-CECL-52-09-05854 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## SETTLEMENT AGREEMENT

It is hereby agreed to by the parties that the finding in the herein above captioned matter shall be changed from an unsubstantiated neglect finding to a ruled out finding. It is further agreed to by the parties that the terms of this settlement agreement shall remain confidential and that the Cecil County Department of Social Services agrees to make no negative statements regarding the appellant, Betsy Ross.

As a result of this agreement, there is no need for the contested hearing currently scheduled for January 21, 2010 and the appellant hereby withdraws her request for an appeal.

_____

Daniel L. Cox
Attorney- Appellant

01-21-2010
date:

_____

Mary B. Englehart
Attorney - CCDSS

1/21/2010
date:

_____

Betsy Ross
appellant

01-21-10
date: