# Exhibit B



March 18, 2010

Ms. Betsy Ross
122 Mincing Lane
Elkton, MD 21921

Dear Ms. Ross:

Following consultation with our licensing monitor from Department of Human Resources I am further clarifying our position with regard to your ongoing relationship with The Arc Northern Chesapeake Region and its Treatment Foster Care program. The unresolved and high profile nature of your current situation with several entities determines that it is not a good time to proceed with a home study. Once your issues with Cecil County Department of Social Services are resolved to our mutual satisfaction you are welcome to contact our trainer/recruiter Kathy Pitrat and attend the next available training class for prospective foster parents. At this point you may proceed with the home study process.

We appreciate your interest in The Arc's Treatment Foster Care program.

Sincerely,

Dianne C. Ross, LCSW-C, ACSW
Director of Family Services

ADVOCACY • RESOURCES • COMMUNITY BUILDING
For People with Developmental Disabilities

Cecil County Office
106 East Main Street, Suite 107, Elktowne Centre
Elkton, MD 21921
410-620-3450 | Fax: 410-620-3453
www.arcncr.org

Harford County Office
4513 Philadelphia Road, Aberdeen, Maryland 21001
410-836-7177 | 410-879-6785
Fax: 410-893-3909
www.arcncr.org