IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| BETSY ROSS, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. 1:11-CV-00181-WDQ |
| CECIL COUNTY DEPARTMENT, OF SOCIAL SERVICES, *et al.*, | * | |
| | * | |
| Defendants. | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION TO DISMISS SECOND AMENDED COMPLAINT
OR FOR SUMMARY JUDGMENT**

Defendants, by and through their undersigned counsel, move to dismiss the Second Amended Complaint and/or for summary judgment, pursuant to Federal Rule 12(b)(6) and Rule 56, and in support state as follows:

.    1.    The Fourth Amendment claim must be dismissed because Defendants' entry into Plaintiff's home to retrieve foster children based on a report of neglect was not unreasonable under the Fourth Amendment and because they have qualified immunity.

2.    The Fourteenth Amendment claims must be dismissed because Plaintiff Ross did not have a constitutionally protected interest in the continuation of a relationship with her foster child.

3. The breach of confidence claim must be dismissed because no confidential information was revealed and because Defendant Murray-Miller owed no duty of confidentiality to Plaintiff Ross.

4. The negligence claim must be dismissed because defendants are immune from suit based on negligence.

5. The false light claim must be dismissed because the Second Amended Complaint fails to state all the required elements of such a claim.

6. The defamation claim must be dismissed the Second Amended Complaint does not plead the required elements of defamation.

7. The breach of contract claim must be dismissed because there was no breach of contract.

8. The First Amendment claim must be dismissed because there was no retaliation was taken for the exercise of First Amendment rights.

9. The Fourth and Fourteenth Amendment claims by Plaintiff K.R. must be dismissed.

10. All federal claims against the newly added Defendants are barred as untimely.

For the reasons stated, this matter should be dismissed or summary judgment should be granted to Defendants. In further support of this Motion, Defendants refer the Court to

the accompanying Memorandum in Support of Motion to Dismiss Second Amended Complaint or for Summary Judgment.

Respectfully submitted,

DOUGLAS F. GANSLER
Attorney General of Maryland

/s/
BRADLEY J. NEITZEL
Assistant Attorney General
311 West Saratoga Street, Suite 1015
Baltimore, Maryland 21201
(410) 767-7726
Bar #26787
Fax No. (410) 333-0026
bneitzel@dhr.state.md.us

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of February, 2012, a copy of the foregoing was served, by electronic filing, upon:

Daniel L. Cox
104 N. Court Street
Frederick, MD 21701
Attorney for Plaintiffs

/s/
Bradley J. Neitzel