# RESOURCE PARENT AGREEMENT

In becoming resource parents of any child placed with us by the Cecil County Department of Social Services, we understand and agree that the custody and control of the child at all times remains with the Department. Specifically, we understand and agree that:

- We will provide foster children with food, clothing, shelter, toys, school supplies, and any other material needs and an allowance that is age appropriate. All items purchased for a child will go with the child whey they leave the foster home.

- We will work with the Cecil County Department of Social Services to develop a plan for the child (ren) to visit with their natural parents on a regular basis if applicable and become acquainted with the natural parents if possible.

- We agree that as resource parents we shall assure that the child has legal and safe transportation to and from medical and dental appointments, school, appropriate social events, and scheduled meetings with relatives and friends, and events scheduled by the agency.

- We will attend appointments scheduled with the Mental Health Center psychiatrist and therapists.

- We will participate in the development and implementation of behavior management programs when recommended, including but not limited to maintaining behavior records as needed.

- We undertand that corporal punishment is strictly prohibited.

- We will attend school meetings if requested to do so (i.e. ARD meetings for Special Education, disciplining action, etc).

- We will maintain medical passports; have physicians complete Health Visit Forms upon each visit to the doctor, dentist, or any health care professionals. We understand initial physical examinations must be completed within five days of placement and comprehensive physical examinations must be completed within sixty days of placement.

- We will immediately notify an agency caseworker should any emergency situation arise (medical, runaway, police involvement).

- We will take no action for adoption or guardianship of any child placed with us by the Department without the Department's consent in writing.

# EXHIBIT B

1

- If a resource family chooses to move to another agency, it is the responsibility of the receiving agency to verify that the previous approval has been closed out and obtain all necessary references.

### Plans for Alternative Supervision

- A local department shall approve any plan for other adult supervision while the resource parent is employed. The plan shall include a care provider licensed by the Maryland Child Care Administration or another agency that provides childcare services who standards for licensing are in accordance with the regulation of the Maryland Child Care Administration.
- The care provider must have a criminal background and a protective services background check and at least two written character references.
- A local department shall approve a plan for supervision by someone under 18 years old while the resource parent is away from the home. The plan shall be consistent with the regulation of the Child Care Administration.

### Prescription Drugs

- We will dispense any prescribed medication and keep a log of the medication, reactions, complications, and behavior changes, etc. We understand foster children are not permitted to handle their own medications.
- We understand that prescription and non-prescription drugs, dangerous household supplies, tools, and any other household items, which is potentially life threatening or injurious to children shall be kept in safe locations, inaccessible to children.

### Confidentiality

- The confidentiality of information shall be strictly safeguarded according to the confidentiality requirements in COMAR 07.01.07 and the access to records requirements in COMAR .07.01.02. The local department and the resource parents shall protect confidential information regarding the foster children and their natural parents or guardians, or both.
- We agree to treat any information on clients as privileged and confidential and that we shall not disclose such information to anyone other than authorized persons.

**EXHIBIT B**

4

**Pets**

- A resource parent who maintains a pet in the home shall assure that the foster child is, when age appropriate, educated regarding the care and grooming of the pet. A responsible adult is always present when infants are near a pet potentially dangerous to the infant.
- The pet, as required by State or local ordinance, the pet is appropriately licensed or registered, vaccinated, and leashed.

**Safety requirement for Swimming Pools, Hot Tubs, Spas, and Waterfront Property:**

1. Resource parents shall provide supervision with regard to pool safety commensurate with a child's age and ability.
2. The caseworker shall inspect the pool, hot tub, spa or waterfront property for safety compliance.
3. A swimming pool at the home of the resource parent shall be maintained in a safe and sanitary condition and comply with county zoning, building, or health codes or ordinances.
4. An in-ground pool at the home of a resource parent, when not in use, shall have the pool area completely enclosed by a fence at least 4 feet high and the fence gate locked. The pool should be completely covered in a manner to prevent access by the child and have power safety covers for an in-ground pool that may be used as an alternative to fences.
5. Safety requirements for above-ground swimming pools or hot tubs a retractable or removal ladder, which shall be locked when not in use or stored away from the pool. A pool shall be 4 feet above ground at all points and doors and gates that access the pool shall have lock. If a pool has a deck area with a door, the door shall be locked. A pool may not have climbable objects on the exterior of the pool and hot tubs shall have secured covers when not in use. Additionally, permanent steps shall have a locked gate.
6. Waterfront property shall have a fence with a locked door or gate controlling access to the body of water.
7. A resource parent shall at least <u>one person</u> currently certified in cardiopulmonary resuscitation (CPR) present in the foster home's swimming pool and water recreation when being used by a child.

**Dual Approval**

- A resource home shall be approved as both a foster care and adoption placement and the dually approved home shall be considered a resource home.
- A resource home or placement facilities may not be approved by more than one private or public agency concurrently and as both a child placement and adult placement resource.

**EXHIBIT B**

3

- We will notify the agency of changes within the resource family such as employment and childcare arrangements; family composition, residence, and telephone, health status; and stressful, conditions which may affect the placement.

- We will notify the Department of any criminal charges, investigations, or findings related to any crime committed by a household member.

- We will engage the child in family and community activities, which are age, appropriate and promote the child's self-esteem and self-image.

- We will give the Department at least 10 working days notice when requesting removal of a child except in circumstances that are critical to the health and safety of the child or foster family.

**It is further understood that:**

- The Department will provide board payments, which include a clothing allowance for each foster child and a Medial Assistance card or other form of insurance to pay for medical and dental care for each child.
- Liability insurance for resource parents who care for children under the Foster Care Program will be provided. Reimbursement for the resource parents will be for the cost of bodily injury or property damage caused by the foster child.
- The Department reserves the right to remove any child at its discretion or on the Order of the Courts.

**Reconsideration**

- We will complete the reconsideration in a timely manner prior to expiration of our foster home approval.
- We will participate in training required and approved by the Department. We understand that we are responsible to attend 6 hours of In-Service training annually before our resource home license expires.

**Firearms**

- A resource parent who maintains firearms in the home shall follow all Federal and State laws pertaining to registration, permits and maintenance of firearms. Additionally, we will keep all firearms and ammunition maintained in the home in a locked room or container that is inaccessible to children.
- Furthermore, we will assure that loaded firearms are not kept in the home unless required because a State, Federal, or local law enforcement officer lives in the household and maintains and stores the firearms, in accordance with State, Federal, and local law enforcement offices safety procedures.

# EXHIBIT B

2

*Betsy Bass* (signature)    3-15-05
Resource Mother                Date

_____           _____
Resource Father                Date

*Mary Holmes* (signature)       3-15-05
Resource Home Recruiter        Date

**EXHIBIT B**

5