

**State of Maryland**
**DHR**
*Maryland's Human Services Agency*

DEPARTMENT OF HUMAN RESOURCES

Cecil County
Department of Social Services



Nicholas J. Ricciuti
*Director*

Randy Bailey
*Chairman*
*Social Services Board*

Susan Bailey
*Assistant Director*
*Services*

Theresa Carroll
*Assistant Director*
*Child Support*

Carolyn Castelow
*Assistant Director*
*Family Investment*

Diana Klusak
*Coordinator*
*Human Services*

Ellis Scott
*Assistant Director*
*Administration*

Mailing Address:
P.O. Box 1160
Elkton, MD 21922-1160
Telephone: 410-996-0100

Main Office Located at
170 East Main Street
Elkton, MD 21921

Help Center Located at
135 East High Street
Elkton, MD 21921

Domestic Violence/
Rape Crisis Center
P.O. Box 1160
Elkton, MD 21922-2137
Website: www.cecildss.org

An Equal Opportunity

August 18, 2008

Ms. Sherlema Quick
Out of Home Program Manager
Department of Human Resouces
311 West Saratoga Street
Baltimore, Maryland 21201

RE: Cecil County Foster Home Investigation (Betsey Ross)

Dear Ms. Quick,

Enclosed please find a copy of the Child Protective Services referral that our department received regarding the above-mentioned family on August 15th, 2008. Betsey Ross is currently a licensed foster/adoptive parent with the Cecil County Department of Social Services.

Ms. Ross had five foster children in her home at the time of the referral but all were removed on August 15th pending the outcome of the investigation. She also has one birth child whom is 15 years old and an adopted son whom is 2 years old. It was determined that the information provided in the referral was significant enough to warrant the removal of the foster children to another foster home, but enough at that time to warrant the removal of her birth child or her adopted child.

Upon completion of the investigation and after the staffing between administrations, the cps team and the resource home team, a decision regarding the continuation of Ms. Ross' license will be made and all appropriate documentation will be forwarded to you. If you have any questions about the enclosed information, please feel free to contact my supervisor, Mary Kleisus, at #410-996-0167, as I am changing job positions effective 8/19/2008 and will no longer be the Resource Home Coordinator. This position is currently open and the search for a replacement is underway.

Sincerely,

Kristen Puican
Resource Home Coordinator


Mary Kleisus
Resource Home Supervisor

Cc: file

Martin O'Malley, Governor • Anthony G. Brown, Lt. Governor • Brenda Donald, Secretary

# EXHIBIT C