State of Maryland - Child Protective Services
CHILD NEGLECT REPORT

Report Print Date: 10/6/2008　　　　　　　　　　　　　　　Disposition Date: 09/17/2008

## INVESTIGATION FINDINGS

Name:　　　　　　　　　　　Maltreatment Type:

▮▮▮▮ K▮▮▮▮　　　　　　　Neglect

Investigation Finding Disposition:

Child Neglect is UNSUBSTANTIATED based on COMAR 07.02.07.13.B.2.b which states a finding of insubstantiated is appropriate when there is insufficient evidence of a failure to provide proper care and attention.

A. A current or prior failure to provide proper care and attention: On 8/15/2008, allegations were received regarding Ms. Ross and her licensed foster care home. The allegations presented stated the following: Ms. Ross was leaving the children unattended in the family pool and one child almost drowned, Ms. Ross leaving an 8 year old child to care for her younger siblings as well as other foster care children, a Foster Care child being exposed to sexual behaviors of Ms. Ross's teenage daughter, a foster care child falling down the stairs and another child falling off a couch. However, no injuries were reported.

B. The alleged victim was a child at the time of the failure to provide proper care and attention: Ms. Ross is a licensed Foster Care Parent through CCDSS. The children involved in this investigation were all in foster care while in Ms. Ross's care, 8 year old I▮▮▮ K▮▮▮, 8 year old K▮ C▮▮▮, 6 year old J▮ C▮▮▮, 4 year old J▮ R▮▮▮, 18 month old K▮ B▮▮▮, 2 year old D▮ R▮▮ T▮ G▮▮ C▮ L▮▮ D▮ L▮ and D▮ L▮ were placed in a pre-adopt home in 2007. However, they were in her home from 2005-2007. At the time they were at Ms. Ross's home, T▮ was 9 years old, D▮ was 5 years old, C▮ was 3 years old and C▮ was 2 years old.

C. The failure to provide proper care and attention was by a child's parent or caretaker: Ms. Betsy Ross is a licensed foster care parent and provided care to the above listed children.

D. The nature, extent or cause of the failure to provide proper care and attention indicate the child's health or welfare was at substantial risk of harm: All of the children were interviewed during the course of this investigation ▮▮▮med incidents of lack of supervision, however, the nature and extent of being left unsupervised varied among their disclosures. Therefore, child neglect could neither be indicated or ruled out.

## AGENCY APPROVAL

Requested By: Rebecca Sutton　　　　　　　Position: In-Home Services Worker
170 E. Main Street
Elkton, Maryland 21921　　　　　　　　　　Phone: (410) 996-0208
　　　　　　　　　　　　　　　　　　　　　Request Date: 09/16/2008

Approved By: Alison Kinney　　　　　　　　Position: In-Home Services Supervisor
170 E. Main Street
Elkton, Maryland 21921　　　　　　　　　　Phone: (410) 996-0199
　　　　　　　　　　　　　　　　　　　　　Approved Date: 09/17/2008

**EXHIBIT D**