IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| BETSY ROSS, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. 1:11-CV-00181-WDQ |
| NICHOLAS RICCUITI, *et al.* | * | |
| | * | |
| Defendants. | * | |

* * * * * * * * * * * * * * * * * * *

### AFFIDAVIT OF KIM COMPTON

I, Kim Compton, hereby solemnly affirm that:

1. I am over 18 years of age, competent to testify, and have personal knowledge of the facts set forth herein.

2. The foster children removed from Betsy Ross's home on August 15, 2008, were removed solely due to allegations of neglect that indicated a serious risk to the health and safety of the children.

3. The children were removed by me, Latonya Cotton, and Rebecca Larson. Ms. Ross was present at the time. I was a foster care worker for four of the children in Ms. Ross's home and she was acquainted with me by name.

4. At the time the children were removed from Ms. Ross's home, I had no knowledge of any accusations by Betsy Ross directed at Mary Klesius or any other Cecil County Department of Social Services involving the Foster Parent Association.

1

I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY AND UPON PERSONAL KNOWLEDGE THAT THE CONTENTS OF THE FOREGOING PAPER ARE TRUE.

2/14/12
Date

*Kim Compton* (signature)
Kim Compton