IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| BETSY ROSS, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. 1:11-CV-00181-WDQ |
| NICHOLAS RICCUITI, *et al.* | * | |
| | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### AFFIDAVIT OF REBECCA LARSON

I, Rebecca Larson, hereby solemnly affirm that:

1. I am over 18 years of age, competent to testify, and have personal knowledge of the facts set forth herein.

2. The foster children removed from Betsy Ross's home on August 15, 2008, were removed solely due to allegations of neglect that indicated a serious risk to the health and safety of the children.

3. The children were removed by me, Latonya Cotton, and Kim Compton. Ms. Ross was present at the time.

4. The allegations included: Ms. Ross was leaving the children unattended in the family pool and one child almost drowned, she was leaving an 8-year-old child to care for her younger siblings as well as other foster care children, a foster child being exposed to sexual behaviors of Ms. Ross's teenage daughter, and a foster care child falling down the stairs.

1

5. At the time the children were removed from Ms. Ross's home, I had no knowledge of any accusations by Betsy Ross directed at Mary Klesius or any other Cecil County Department of Social Services involving the Foster Parent Association. I knew nothing about the Association other than it existed.

6. Ms. Ross came to Cecil County Department of Social Services for a scheduled meeting to talk about the upcoming Foster Parent Association elections. Prior to the meeting, Mary Klesius introduced Ms. Ross to me as the person assigned to the investigation regarding the foster children in her home.

I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY AND UPON PERSONAL KNOWLEDGE THAT THE CONTENTS OF THE FOREGOING PAPER ARE TRUE.

02/14/2012
Date

Rebecca Larson
Rebecca Larson