IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| BETSY ROSS, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. 1:11-CV-00181-WDQ |
| NICHOLAS RICCUITI, *et al.* | * | |
| | * | |
| Defendants. | * | |

* * * * * * * * * * * * * * * * * * * *

## AFFIDAVIT OF HELEN MURRAY-MILLER

I, Helen Murray-Miller, hereby solemnly affirm that:

1. I am over 18 years of age, competent to testify, and have personal knowledge of the facts set forth herein.

2. In March 2010 I was employed as a Licensing Coordinator in the Office of Licensing and Monitoring ("OLM"). OLM is a part of the Social Services Administration, which is in turn a division of Maryland's Department of Human Resources.

3. I am neither an agent nor an employee of Cecil County Department of Social Services ("CCDSS"), which is a wholly separate entity from OLM. No one who works for CCDSS has any supervisory authority over me.

4. Until the filing of this litigation, I was unaware of any settlement agreement between CCDSS and Betsy Ross.

5. As a Licensing Coordinator for The Arc Northern Chesapeake Region ("The Arc

–1–

NCR"), in March 2010 I advised Dianne Ross, Director of Family Services for The Arc NCR to inform Betsy Ross that at that time proceeding with a home study would not be appropriate. I gave this advice based on what Betsy Ross refers to as "unresolved issues." These issues were Ms. Ross's recent public criticism of CCDSS, largely through letters to the editor published in the local newspaper (see attached Exhibit). Because any placements of foster children would most likely come from CCDSS, which she was publicly criticizing, I believed that any home study should take place later once those issues has been resolved.

I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY AND UPON PERSONAL KNOWLEDGE THAT THE CONTENTS OF THE FOREGOING PAPER ARE TRUE.

2/9/12
Date

*Helen Murray-Miller* (signature)
Helen Murray-Miller