IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| BETSY ROSS, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. 1:11-CV-00181-WDQ |
| NICHOLAS RICCUITI, *et al.* | * | |
| Defendants. | * | |
| | * | |

## ORDER GRANTING MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS SECOND AMENDED COMPLAINT

Upon consideration of Plaintiffs' Motion for Extension of Time to Respond to Motion to Dismiss Second Amended Complaint, it is this _8th_ day of _March_ 2012, by the United States District Court for the District of Maryland hereby ordered that the Motion is GRANTED and that Plaintiffs shall have an additional 7 days to file a response to the Motion to Dismiss Second Amended Complaint, the response due on March 16, 2012. Additionally, Defendants shall have 21 days to file any reply.

_____
United States District Judge