IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BETSY ROSS, *et al.*,                                             :
      Plaintiffs,                          :
v.                                                                :   Case No. 1:11-CV-00181-WDQ
NICHOLAS RICCUTI, *et al.*,                            :
      Defendants.                        :

**PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT OR FOR SUMMARY JUDGMENT, AND PLAINTIFFS' CROSS-MOTION FOR SUMMARY JUDGMENT**

COMES NOW, Plaintiffs, Betsy Ross and Betsy Ross as next friend of Minor K.R., by their attorney Daniel L. Cox, The Cox Law Center, LLC, and responds to Defendants Motion to Dismiss Second Amended Complaint or for Summary Judgment, and Plaintiffs' Cross-Motion for Summary Judgment, and in support thereof state as follows:

1. Plaintiffs' Fourth Amendment claim against Defendants should not be dismissed because the entry into Plaintiffs' home to retrieve foster children was not reasonable under the Fourth Amendment and Defendants did not have qualified immunity.

2. The Fourteenth Amendment claims should not be dismissed because Plaintiff Ross had a constitutionally protected interest in continuing her relationship with her foster children and in particular her adoptee child.

3. The breach of confidence claim should not be dismissed because all elements were properly pled and it is recognized by Maryland courts.

4.     The negligence claim should not be dismissed because Defendants acted with malice and/or gross negligence and are not protected by sovereign immunity.

5.     The false light claim should not be dismissed because all elements are properly pled.

6.     The defamation claim should not be dismissed because all of the elements were pleaded in the Amended Complaint.

7.     The breach of contract claim should not be dismissed because Defendants had control of and responsibility for the information that was revealed in breach of the contract signed by Defendants.

8.     The First Amendment claim should not be dismissed because the Amended Complaint alleges a causal connection between the retaliatory action and the protected speech, and therefore Plaintiffs' claim should be granted summary judgment.

9.     The Fourth and Fourteenth Amendment Claims by Plaintiff K.R. should not be dismissed because K.R. has a privacy interest against arbitrary intrusions and Defendants are not entitled to qualified immunity.

10.    The federal claims against Defendants should not be barred as untimely because the Amended Complaint relates back to the original Complaint.

For the reasons stated, Defendants' Motions to Dismiss Second Amended Complaint or for Summary Judgment should be **DENIED** and Plaintiffs' Cross-Motion for Summary Judgment should

be **GRANTED**.  In further support of this Response, Plaintiffs refer the Court to the accompanying Memorandum in Support of Plaintiffs' Response In Opposition to Defendants' Motions to Dismiss Second Amended Complaint or for Summary Judgment, and Cross-Motion for Summary Judgment.

                                                      Respectfully Submitted,
                                                      THE COX LAW CENTER
                                                      BY _____/s/_____
                                                      Daniel L. Cox
                                                      The Cox Law Center
                                                      104 N. Court Street
                                                      Frederick, MD 21701
                                                      301.631.9454
                                                      301.631.9358
                                                      dcox@coxlawcenter.com
                                                      *Attorney for the Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of March, 2012, a copy of the foregoing Response was served, via first class mail, postage prepaid, upon Bradley J. Neitzel, Assistant Attorney General, 311 West Saratoga Street, Suite 1015, Baltimore, Maryland 21201, e-mail: bneitzel@dhr.state.md.us.

                                          _____/s/_____
                                          Daniel L. Cox

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BETSY ROSS, *et al.*, | : |
| Plaintiffs, | : |
| v. | : Case No. 1:11-CV-00181-WDQ |
| NICHOLAS RICCUTI, *et al.*, | : |
| Defendants. | : |

## ORDER

**WHEREFORE**, in consideration of the foregoing Response to Defendants' Motions to Dismiss Second Amended Complaint or for Summary Judgment, and Cross-Motion for Summary Judgment, and the attached Memorandum in support, and any responses thereto, it is this _____ day of _____, 2012, HEREBY

**ORDERED**, that Defendant Defendants Motion to Dismiss Second Amended Complaint or for Summary Judgment be and is **DENIED**; and it is further

**ORDERED**, that Plaintiffs' Cross-Motion for Summary Judgment be and is **GRANTED**.

_____
Judge for the United States District Court of the
District of Maryland, Baltimore Division