# EXHIBIT A



Cecil County
Department of Social Services



Nicholas J. Ricciuti
*Director*

Randy Bailey
*Chairman*
*Social Services Board*

Susan Bailey
*Assistant Director*
*Services*

Theresa Carroll
*Assistant Director*
*Child Support*

Carolyn Castelow
*Assistant Director*
*Family Investment*

Diana Klusak
*Coordinator*
*Human Services*

Ellis Scott
*Assistant Director*
*Administration*

Mailing Address:
P.O. Box 1160
Elkton, MD 21922-1160
Telephone: 410-996-0100

Main Office Located at
170 East Main Street
Elkton, MD 21921

Help Center Located at
135 East High Street
Elkton, MD 21921

Domestic Violence/
Rape Crisis Center
P.O. Box 1160
Elkton, MD 21922-2137
website: www.cecildss.org

Equal Opportunity Employer

---

July 9, 2009

Delegate Mary Rose Walkup
The Maryland House of Delegates
6 Bladen Street, Room 215
Annapolis, Maryland 21401

Dear Delegate Walkup:

I am writing in response to information you requested regarding Ms. Betsy Ross. The Department is aware of the concerns that Ms. Ross outlines in the letter that she sent you. When a local Department of Social Services receives a complaint of child abuse or neglect in a licensed foster home, the Department takes immediate action to ensure the safety of the children. Additionally, the Department can immediately remove a child and make arrangements for the child's protection and care if it is in the best interest and protection of the child. This is in compliance with COMAR .07.02.25.15.

COMAR regulations require that a local department complete the investigation of alleged child abuse or neglect within sixty days. The Department then informs the alleged abuser of the results of the investigation and of their right to appeal. As of this time, Ms. Ross has chosen to exercise her right to appeal and the matter is currently before the Office of Administrative Hearings.

Please be assured that any and all actions by the Cecil County Department of Social Services are conducted in complete accordance with federal and state laws to ensure the safety and well being of all children placed in our case.

If you have any questions please feel free to contact me at (410) 996-0307.

Sincerely,

Nicholas Ricciuti
Director

Martin O'Malley, Governor • Anthony G. Brown, Lt. Governor • Brenda Donald, Secretary