IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BETSY ROSS, *et al.*, | * |
| Plaintiffs, | * |
| v. | * Civil Action No. 1:11-CV-00181-WDQ |
| CECIL COUNTY DEPARTMENT, | * |
| OF SOCIAL SERVICES, *et al.*, | * |
| | * |
| Defendants. | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO SEAL EXHIBITS

Plaintiffs, by their undersigned attorney, request that this Court enter an order placing under seal, pursuant to Federal Rule of Civil Procedure 5.2(d) and Local Rule 105(11), each of the following: Plaintiffs' Exhibits B through E to their Response In Opposition to Defendants' Motion to Dismiss 2nd Amended Complaint and Counter-Motion for Summary Judgment, dockets numbered 52 and 54 (corrected filing), Plaintiffs' Exhibits B through E to their Response In Opposition to Defendants' Motion to Dismiss Amended Complaint, docket number 40, and Plaintiffs' Exhibit E, docket no. 41, for the reasons stated in the attached Memorandum.

Respectfully submitted,
The Cox Law Center, LLC

By:__/s/_____
    Daniel L. Cox
    Fed. Bar No. 28245
    104 N. Court Street
    Frederick, Maryland 21701
    301-631-9454 (office)
    301-631-9358 (facsimile)
    dcox@coxlawcenter.com (e-mail)
    *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of March, 2012, a copy of the foregoing was served, by electronic filing, upon:

Bradley Neitzel, Esquire (bneitzel@dhr.state.md.us)
Assistant Attorney General
311 West Saratoga St., Suite 1015
Baltimore, MD 21201
*Attorney for Defendants*

/s/_____
*Daniel L. Cox*