IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| BETSY ROSS, *et al*., | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. 1:11-CV-00181-WDQ |
| CECIL COUNTY DEPARTMENT, | * | |
| OF SOCIAL SERVICES, *et al*., | * | |
| | * | |
| Defendants. | | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO SEAL EXHIBITS**

Plaintiffs, by their undersigned attorney, request that this Court enter an order placing under seal each of the following: Plaintiffs' Exhibits B through E to their Response In Opposition to Defendants' Motion to Dismiss 2nd Amended Complaint and Counter-Motion for Summary Judgment, docket number 54, Plaintiffs' Exhibits B through E to their Response In Opposition to Defendants' Motion to Dismiss Amended Complaint, docket number 40, and Plaintiffs' Exhibit E, docket no. 41, and state in support the following:

Plaintiffs seek to comply with Federal Rule of Civil Procedure 5.2(d), Local Rule 105(11) and Maryland Rule of Civil Procedure 9-112(b)(pertaining to adoption court records). On or about November 18, 2011 Plaintiffs filed Exhibit E, listed as docket no. 41, under seal. Pursuant to Local Rule 105(11), Plaintiff moves the Court to seal said Exhibit E, docket 41, permanently and dispose of the same upon conclusion of the case purusant to Local Rule 113.

Plaintiffs seek to comply with Federal Rule of Civil Procedure 5.2, Local Rule 105(11) and Maryland Rule of Civil Procedure 9-112(b)(pertaining to adoption court records).   On or about November 18, 2011 Plaintiffs filed Exhibits B, C, D and E, attached to their Response in Opposition to Defendants' Motion to Dismiss Amended Complaint, said exhibits being listed as

attachments under docket no. 40.  Pursuant to Local Rule 105(11), Plaintiff moves the Court to seal the record permanently and dispose of the same upon conclusion of the case purusant to Local Rule 113.

Plaintiffs seek to comply with Federal Rule of Civil Procedure 5.2, Local Rule 105(11) and Maryland Rule of Civil Procedure 9-112(b)(pertaining to adoption court records).  On or about March 16, 2012 (refiled as corrected by docket clerk on March 19, 2012) Plaintiffs filed Exhibits B, C, D and E, attached to their Response in Opposition to Defendants' Motion to Dismiss Amended Complaint, said exhibits being listed as attachments under dockets no. 52 and 54.  Pursuant to Local Rule 105(11), Plaintiff moves the Court to seal the record permanently and dispose of the same upon conclusion of the case purusant to Local Rule 113.

Each of the exhibits referenced above have personal information and adoption information, both necessary to this case while also suggesting justification for sealing.

Each of the exhibits referenced above are court and/or case-worker adoption records concerning adopted child Plaintiff K.R., are important to the facts and matters of this case, and alternative methods of protecting the said adoption records are not readily available nor practicable.

WHEREFORE, for the foregoing reasons, Plaintiffs respectfully request this Court seal the above named exhibits.

Respectfully submitted,

The Cox Law Center, LLC

By:___/s/_____
Daniel L. Cox
104 N. Court
Frederick, MD 21701
301-631-9454 (office)
301-631-9358 (facsimile)
dcox@coxlawcenter.com (e-mail)
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of March, 2012, a copy of the foregoing was served, by electronic filing, upon:

Bradley Neitzel, Esquire (bneitzel@dhr.state.md.us)
Assistant Attorney General
311 West Saratoga St., Suite 1015
Baltimore, MD 21201
*Attorney for Defendants*

/s/_____
*Daniel L. Cox*