IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND, NORTHERN DIVISION

|  |  |
|---|---|
| | \* |
| BETSY ROSS, *et al.*, | |
| | \* |
| Plaintiffs, | |
| | \* |
| v. | CIVIL NO.: WDQ-11-0181 |
| | \* |
| CECIL COUNTY DEPARTMENT OF | |
| SOCIAL SERVICES, *et al.*, | \* |
| | |
| Defendants. | \* |

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

## ORDER

Plaintiffs have filed a Motion to Seal Plaintiffs' Exhibits B through E to their Response in

Opposition to Defendants' Motion to Dismiss 2nd Amended Complaint and Cross-Motion for

Summary Judgment, dockets no. 52 and 54 (corrected filing), Exhibit E being formerly filed

under seal and docketed as No. 41, and Exhibits B through E of Plaintiffs' Response In

Opposition to Defendants' Motion to Dismiss Amended Complaint, docket no. 40, as each

contain information about a minor child's adoption.

The Court has considered the unopposed motion.

The Court has not ruled on the motion until at least fourteen days after it was entered on the

public Court docket to permit the filing of objections by interested parties.

The Court has considered any objections of any interested parties.

The Plaintiffs have stated why alternatives to sealing would not provide sufficient protection,

and the Court finds and holds that sealing is appropriate.

Accordingly, it is this _____ day of _____, 2012, by the United States District Court for the District of Maryland,

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that Plaintiffs' Exhibits B through E of their Response In Opposition to Defendants' Motion to Dismiss 2nd Amended Complaint, dockets no. 52 and 54 (corrected filing), and of their Response In Opposition to Defendants' Motion to Dismiss Amended Complaint, docket no. 40, and of their previously filed Exhibit E, filed under seal, as docket no. 41, each be hereby PLACED UNDER SEAL by the Clerk of the Court; and that the Plaintiffs' Exhibits B through E, docket number 40, 41, 52 and 54 as set forth herein, shall be placed in an envelope or other container which is marked "SEALED, SUBJECT TO ORDER OF COURT DATED _____."

**ORDERED** the Clerk may return to counsel or destroy the sealed material at the conclusion of the litigation; and it is further

**ORDERED** that a copy of this Order shall be provided to all counsel of record and to any other person entitled to notice hereof, and shall be docketed in the Court file.

_____
United States District Court Judge