IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND, NORTHERN DIVISION

BETSY ROSS, *et al.*,     *

    Plaintiffs,     *

        v.     *     CIVIL NO.: WDQ-11-0181

CECIL COUNTY DEPARTMENT OF
SOCIAL SERVICES, *et al.*,     *

    Defendants.     *

\* \* \* \* \* \* \* \* \* \* \* \* \*

ORDER

For the reasons discussed in the accompanying Memorandum Opinion, it is, this 11th day of July, 2012, ORDERED that:

1. The defendants' motion to dismiss or for summary judgment, (ECF No. 49), BE, and HEREBY IS, GRANTED in part and DENIED in part as follows:

    a. The motion is construed as a motion to dismiss and GRANTED as to counts 3, 4, and 5.

    b. The motion is construed as a motion for summary judgment and GRANTED as to counts 7, 8, and 9.

    c. The motion is DENIED as to counts 2, 6, and 10.

2. Ross's motion for summary judgment, (ECF No. 54), BE, and HEREBY IS, DENIED; and

3. The Clerk of the Court shall send copies of this Memorandum Opinion and Order to counsel for the parties.

/s/ William D. Quarles, Jr.
William D. Quarles, Jr.
United States District Judge