

**BRIAN E. FROSH**
*Attorney General*

**ELIZABETH F. HARRIS**
*Chief Deputy Attorney General*

**THIRUVENDRAN VIGNARAJAH**
*Deputy Attorney General*

**STATE OF MARYLAND**
**OFFICE OF THE ATTORNEY GENERAL**

**DAVID E. BELLER**
*Principal Counsel*

**KATHY F. CROSBY**
*Deputy Counsel*

**ANN M. SHERIDAN**
*Deputy Counsel*

DEPARTMENT OF HUMAN RESOURCES
311 WEST SARATOGA STREET, SUITE 1015
BALTIMORE, MD 21201

TELEPHONE (410) 767-7726   TELECOPIER (410) 333-0026   TTY (410) 767-7025   TOLL FREE (800) 332-6347

April 25, 2016

<u>**VIA E-MAIL**</u>

Honorable Catherine C. Blake
Chief Judge
United States District Court
for the District of Maryland
Garmatz Federal Courthouse
101 W. Lombard Street
Baltimore, MD   21201

     RE:   *Betsy Ross v. Cecil County Department of Social Services, et al.,*
             Civil No. 1:11-cv-00181-CCB

Dear Judge Blake:

     On April 11, 2016, Defendants filed a Motion *In Limine* to Strike Plaintiff's Designated Expert Witness ("Defendants' Motion"). (ECF No. 142). Counsel for Defendants inadvertently failed to include and reference in that motion the Plaintiff's Rule 26(a)(2) Designation of Experts ("Plaintiff's Designation"), received by Defendants on October 10, 2012. A copy of Plaintiff's Designation is attached hereto. Although Defendants' Motion did not include and reference Plaintiff's Designation, nevertheless this omission does not affect the merits of the Defendants' Motion because the Plaintiff's Designation did not include the expert's report that is required by Rule 26(a)(2).

     I regret any confusion that may have resulted from this inadvertent omission.

Sincerely,

Hilma J. Munson
Assistant Attorney General

Enclosure

cc: Daniel L. Cox, Esquire
    Ann M. Sheridan, Esquire

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

Betsy Ross, et al          :
                           :
v.                         :          Civil No. 1:11-cv-00181-WDQ
                           :
Cecil County Department of :
Social Services, et al     :
:    :    :    :    :    :    :    :    :    :    :    :    :    :

### PLAINTIFFS RULE 26(a)(2) DESIGNATION OF EXPERTS

Comes now, Plaintiffs, Betsy Ross, et al, by their attorney Daniel L. Cox, The Cox Law Center, LLC, and hereby designate the following individuals as expert witnesses in this matter:

1. Dr. Maggie Bruck, Professor
   Division of Child and Adolescent Psychiatry, Johns Hopkins University
   The Johns Hopkins Hospital
   550 Building, Rm. 204B
   600 North Wolfe Street
   Baltimore, MD 21287

Dr. Bruck maintains an expertise in the field of child developmental psychiatry and psychology and forensic interviews of children in child abuse and neglect cases. Her professional interests include the field of memory and language in normally developing children and children with psychiatric disorders. She is well published and a copy of her curriculum vitae is attached hereto as Exhibit A and incorporated by reference herein. In the instant matter, Dr. Bruck's relevant area of expertise includes disclosure analysis of child abuse and neglect allegations, the accuracy of the memories of children and the interviewing person(s) regarding conversations with children, and potential scientific analysis of children's and/or adult interviewer's testimony involving abuse and neglect allegations. It is anticipated that Dr. Bruck will offer testimony

1

regarding the interviews of the former Betsy Ross foster-care children involved in this matter, the methodologies of the interviewing persons, the accuracy and analysis of memory, recall and conversation details, the existence and/or analysis of evidence in the instant matter and the standards and protocols expected to be followed by licensed social workers involved in abuse and neglect investigations and interviews. Dr. Bruck's testimony is expected to be based upon her extensive expertise in the field of Child and Adolescent Psychiatry, the facts and matters in the instant case including but not limited to the CCDSS reports, documents, deposition transcripts, court transcripts, local department internal policy and procedures manuals, standards and protocols issued by local, state and national agencies, government regulations and state and federal law, and additional anaylsis of all available factual and investigative evidence or information as they are available to her.

A copy of any report by Dr. Bruck will be provided promptly to counsel for Defendants.

2. The Plaintiffs reserve the right to supplement these expert disclosures as discovery proceeds.

3. The Plaintiffs reserve the right to elicit expert opinions from any lay witness who testifies in this matter by way of training, education, or experience, who can be qualified as an expert.

4. The Plaintiffs reserve the right to elicit expert opinions from any expert designated by any other party to this action.

Respectfully submitted,

THE COX LAW CENTER, LLC

BY: /s/
Daniel L. Cox, Fed. Bar 28245
104 North Court Street
Frederick, Maryland 21701
Telephone: 301-631-9454
Facsimile: 301-631-9358
E-mail: dcox@coxlawcenter.com
*Attorney for Plaintiffs*
