IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| BETSY ROSS | : | |
|---|---|---|
| | : | |
| v. | : | Civil No. CCB-11-0181 |
| | : | |
| NICHOLAS RICCIUTI | : | |

## ORDER

For the reasons stated in the accompanying Memorandum, it is hereby ORDERED that:

1. The defendants' second motion for reconsideration (ECF No. 181) is **GRANTED**;

2. The defendants' motions in limine (ECF Nos. 142, 143, 144, 154, 167) are **DENIED as moot**;

3. The defendants' uncontested motions to seal (ECF Nos. 156, 165), which were filed pursuant to the stipulated order regarding confidentiality of discovery material (ECF No. 76), are **GRANTED**;

4. Judgment is entered in favor of all defendants and against the plaintiff;

5. The Clerk shall **CLOSE** this case; and

6. The Clerk shall send copies of this Order and the accompanying Memorandum to counsel of record.

8/11/2016                                          /S/
Date                                               Catherine C. Blake
                                                   United States District Judge